AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

KARLA HONDA,

      Plaintiff,

v.

HOUSEHOLD FINANCE CORP.,
EQUIFAX INFORMATION SERVICES LLC,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-353-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED dismissing the complaint and the claims therein against Household Finance Corporation and against Equifax Information Services, LLC., with prejudice, without costs or attorney fees to any party.

June 20, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer